THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES MARONNA, Appellant.— Judgment of conviction of the County Court of

Kings county, affirmed by default.  Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.